IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALICIA RENE THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 09-0711-CV-W-HFS |
| T.J. MAXX, et al., | ) |
|     Defendants. | ) |

**ORDER**

Plaintiff and defendants have filed a stipulation of dismissal with prejudice. The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

ORDERED that the above action shall be dismissed with prejudice, with each party to bear its owns costs.

                                             /s/ Howard F. Sachs
                                             HOWARD F. SACHS
                                             UNITED STATES DISTRICT JUDGE

May  6 , 2010

Kansas City, Missouri